UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re: Schwana Patrice Anderson                                    Chapter 13
                                                                   Case No. ___
Debtor.

## Chapter 13 Plan

Address:     Debtor  5090 Kennett Court, Memphis, TN 38141

Plan Payment:

Debtor Shall Pay: $ 282.00 Weekly
   Or by: ( X ) Payroll Deduction   Federal Express Corporation, Payroll Services, 30 FedEx Pkwy, 2nd Fl Horiz, Collierville, TN 38017

1. This Plan [Rule 3015.1 Notice]:
   (A) Contains a Non-standard Provision [See provision 19].                                      (X) Yes   ( ) No
   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( ) No
       [See provisions 7 and 8].
   (C) Avoids a Security Interest or Lien. [See provision 12].                                    ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly   ( ) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
   _____ ongoing payment begins _____

5. Priority Claims:                                                                            Monthly Pmt.
   _____          Amount         _____

6. Home Mortgage Claims:   ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:            Monthly Pmt.
   Home Point Mortgage    ongoing payment begins   April 2019                                  $891.00
                          Approximate arrearage    $5,346.00    Interest    0.00%              $90.00
                          ongoing payment begins   _____

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.
   Orion Credit Union (2011 Nissan Rogue)         $    3,850.00              0.00%             $77.00